**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
KYU HWA BACK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYU HWA BACK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MALIBU PACIFIC PARTNERS, LTD.;<br>and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:22-cv-00637-MCS (KSx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

   **PLEASE TAKE NOTICE** that KYU HWA BACK

 ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby

voluntarily dismisses the entire action pursuant to Federal Rule of Civil Procedure Rule

41(a)(1) which provides in relevant part:

   (a) **Voluntary Dismissal.**

   　　(1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66

   　　　　and any applicable federal statute, the plaintiff may dismiss an action

   　　　　without a court order by filing:

   　　　　(i)   A notice of dismissal before the opposing party serves either an

   　　　　　　answer or a motion for summary judgment.

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE

1   None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

2   summary judgment.  Accordingly, this matter may be dismissed without an Order of the

3   Court.

4

5   DATED:  April 14, 2022          SO. CAL. EQUAL ACCESS GROUP

6

7                                         By:    /s/   Jason J. Kim

8                                                Jason J. Kim, Esq.
                                                 Attorneys for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**